Joshua B. Swigart (SBN 225557)　　　　Daniel G. Shay (SBN 250548)
Josh@SwigartLawGroup.com　　　　　　DanielShay@TCPAFDCPA.com
**SWIGART LAW GROUP, APC**　　　　　　**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308　　　　　2221 Camino del Rio S, Ste 308
San Diego, CA  92108　　　　　　　　　San Diego, CA  92108
P: 866-219-3343　　　　　　　　　　　P: 619-222-7429
F: 866-219-8344　　　　　　　　　　　F: 866-431-3292

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMRAN MORADI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br><br>EQUIFAX INFORMATION SERVICES, LLC, & TRANS UNION, LLC,<br><br>　　　　Defendants. | CASE No: 3:22-cv-00887-GPC-AGS<br><br>PLAINTIFF'S MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL DEFENDANTS, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kamran Moradi files this Motion for Dismissal, and request that the Court dismiss all of Plaintiff's claims against Defendants Equifax Information Services, LLC, and Trans Union, LLC, with prejudice. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted,

Date: September 12, 2022            SWIGART LAW GROUP, APC

By: s/ Joshua B. Swigart
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff
Kamran Moradi